IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-03120-CMA-NRN

WEINREIS ETHANOL, LLC,
LAPASEOTES LAND, LLC,
DINKLAGE FEED YARD, INC., and
EAST COAST AG HOLDINGS, LLC,

    Plaintiffs,

v.

DAVID KRAMER,
WILLIAM BORNHOFT,
COLORADO AGRI PRODUCTS, LLC, and
JOHN AND JANE DOES NOS. 1 – 25,

    Defendants.

---

## ORDER ADOPTING AND AFFIRMING DECEMBER 29, 2022, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

    This matter is before the Court on the December 29, 2022, Report and Recommendation of United States Magistrate Judge (Doc. # 127), wherein Magistrate Judge N. Reid Neureiter recommends that Defendants Kramer and Colorado Agri Products, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 66) and Defendant Bornhoft's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 84) be granted with respect to the breach of fiduciary duty and aiding and abetting breach of fiduciary duty claims, but be denied in all other respects. The Recommendation is

incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 85 at 11.) Despite this advisement, no objection to Magistrate Judge Neureiter's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Neureiter, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

The December 29, 2022, Report and Recommendation of United States Magistrate Judge (Doc. # 127) is AFFIRMED and ADOPTED as an order of this Court. It is

FURTHER ORDERED that Defendants Kramer and Colorado Agri Products, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 66) and Defendant

Bornhoft's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 84) are GRANTED with respect to the breach of fiduciary duty and aiding and abetting breach of fiduciary duty claims, and DENIED in all other respects.

DATED: January 13, 2023.

BY THE COURT:

_(signature)_
CHRISTINE M. ARGUELLO
Senior United States District Judge