IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-03120-CMA-NRN

WEINREIS ETHANOL, LLC,
LAPASEOTES LAND, LLC,
DINKLAGE FEED YARD, INC., and
EAST COAST AG HOLDINGS, LLC,

    Plaintiffs,

v.

DAVID KRAMER,
WILLIAM BORNHOFT;
COLORADO AGRI PRODUCTS, LLC, and
JOHN AND JANE DOES NOS. 1 – 25,

    Defendants.

## ORDER ADOPTING AND AFFIRMING JULY 3, 2023 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the July 3, 2023 Recommendation of United States Magistrate Judge (Doc. # 170), wherein Judge N. Reid Neureiter recommends that this case be administratively closed. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.

(Doc. # 60 at 4.) Despite this advisement, no objection to Judge Neureiter's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Judge Neureiter, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The July 3, 2023 Recommendation of United States Magistrate Judge (Doc. # 170) is AFFIRMED and ADOPTED as an order of this Court; and
- This case is administratively closed until the parallel derivative arbitration proceedings have concluded. Within 14 days of the entry of a Final Award in those proceedings, parties will file a Motion to either reopen or dismiss this case.

It is FURTHER ORDERED that the following pending motions are DENIED WITHOUT PREJUDICE:

- Plaintiffs' Fed. R. Evid. 702 Motion to Exclude Defendants' Expert Matthew Lausten (Doc. # 145);

- Defendants' Motion to Partially Exclude the Opinions and Forthcoming Testimony of Jeffrey George (Doc. # 146);

- Defendants' Motion to Wholly Exclude the Opinions and Testimony of J. William Callison (Doc. # 147); and

- Defendants' Motion for Summary Judgment (Doc. # 155).

DATED: July 18, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge

3